*McDonald* and *Malcolm Fooshee* for the Variable Annuity Life Insurance Co. of America, and *Benjamin H. Dorsey, Smith W. Brookhart* and *Ralph E. Becker* for the Equity Annuity Life Insurance Co., respondents. Reported below: 103 U. S. App. D. C. 197, 257 F. 2d 201.

No. 263. ABEL, ALIAS "MARK," ALIAS COLLINS, ALIAS GOLDFUS, *v.* UNITED STATES. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit granted limited to questions 1 and 2 presented by the petition for the writ which read as follows:

"1. Whether the Fourth and Fifth Amendments to the Constitution of the United States are violated by a search and the seizure of evidence without a search warrant, after an alien suspected and officially accused of espionage has been taken into custody for deportation, pursuant to an administrative Immigration Service warrant, but has not been arrested for the commission of a crime?

"2. Whether the Fourth and Fifth Amendments to the Constitution of the United States are violated when articles so seized are unrelated to the Immigration Service warrant and, together with other articles obtained from such leads, are introduced as evidence in a prosecution for espionage?" *James B. Donovan* and *Thomas M. Debevoise, II,* for petitioner. *Solicitor General Rankin, Acting Assistant Attorney General Yeagley, William F. Tompkins* and *Kevin T. Maroney* for the United States.

No. 285. UNITED STATES *v.* ISTHMIAN STEAMSHIP Co. C. A. 2d Cir. Certiorari granted. *Solicitor General Rankin, Assistant Attorney General Doub, Samuel D. Slade* and *Herman Marcuse* for the United States. *Clement C. Rinehart* and *Walter P. Hickey* for respondent.